UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY KINZLE,

        Plaintiff,

v.

NEAL K. MILLER, WASHINGTON CORRECTIONS CENTER,

        Defendants.

No. C16-5203 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #9].

(2) This action is **dismissed without prejudice** for failure to state a claim upon which relief may be granted, and the **dismissal shall count as a strike under 28 U.S.C. § 1915(g).**

(3) Plaintiff's motion for the appointment of counsel (Dkt. 7) is **DENIED.**

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 7th day of June, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1